IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JUDITH JACOBSON, | ) | CASE NO: 1:10cv00736 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COVENTRY FIRST LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon representation of counsel that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice." The terms of the settlement are to be placed UNDER SEAL.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: 07/28/10

s/ *James S. Gwin*
JUDGE JAMES S. GWIN
UNITED STATES DISTRICT JUDGE